1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  LINDA C. ALLISON, # 179741
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Tel: 916-498-5700/Fax 916-498-5710

5  Attorney for Defendant
   Ayesha Collins
6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )  CASE No.   2:18-PO-296-DB
                                     )
12              Plaintiff,           )
                                     )
13     v.                            )  WAIVER OF DEFENDANT'S PRESENCE
                                     )
14  Ayesha Collins                   )
                                     )
15                                   )
                Defendant.           )
16

17

18       Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, defendant,  Ayesha

19  Collins, hereby waives the right to be present in person in open court upon the hearing of any

20  motion or other proceeding in this case, including, but not limited to, when the case is set for

21  trial, when a continuance is ordered, and when any other action is taken by the court before or

22

23  after trial, specifically, appearances for any hearing regarding imposition of judgment and

24  sentencing or modification of conditions of supervised release.

25       Defendant hereby requests the Court to proceed during every absence which the Court

26  may permit to this waiver; agrees that defendant's interests will be deemed represented at all

27  times by the presence of the defendant's attorney, the same as if the defendant were personally

28

    Waiver of Appearance              -1-

present; and further agrees to be present in court ready for trial any day and hour the Court may

fix the defendant's absence.

The defendant further acknowledges being informed of the rights under Title 18 U.S.C.

§§ 3161-3174 (Speedy Trial Act), and authorizes the defendant's attorney to set times and dates

under that Act without the defendant's personal presence.

The original signed copy of this waiver is being preserved by the attorney undersigned.

Dated: 10/9/2018

/s/ Ayesha Collins
(Defendant)
Original retained by attorney

I agree and consent to my Client's waiver of appearance.

Dated: 11/13/2018

*/s/ Linda C. Allison*

LINDA C. ALLISON
Assistant Federal Defender
Attorney for Defendant

IT IS SO ORDERED.

Dated: November 16, 2018

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE