| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | LINDA C. ALLISON, #179741 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA 95814 |
| 4 | Tel: 916-498-5700/Fax 916-498-5710 |
| | Linda.allison@fd.org |
| 5 | |
| | Attorney for Defendant |
| 6 | Ayesha H. Collins |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:18-PO-00296-DB |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER TO SET A** |
| vs. | ) **MOTION TO SUPPRESS HEARING AND** |
| | ) **SET NEW BENCH TRIAL DATES** |
| AYESHA COLLINS, | ) Date: March 12, 2019 |
| | ) Time: 10:00 a.m. |
| Defendant. | ) Judge: Hon. Deborah Barnes |
| | ) |

   IT IS HEREBY STIPULATED between the parties through their respective counsel, Special Assistant United States Attorney PHILIP A. SCARBOROUGH, Assistant Federal Defender LINDA C. ALLISON attorney for AYESHA COLLINS, that the Court set a Motion to Suppress hearing for March 12, 2019 at 10:00 a.m.

   Ms. Collins was set for a bench trial on January 30, 2019, but defense counsel is seeking to vacate the current bench trial date set for January 30, 2019 and set a new trial date for March 26, 2019 at 1:30 a.m. The request is based on the defense's intent to file a Motion to Suppress. The parties agree and request the following dates for the motion to suppress schedule and new bench trial: Motion to Suppress will be filed on or before February 12, 2019 with a response to be filed on February 26, 2019. Any reply to the response will be filed by March 5, 2019 for a hearing date of March 12, 2019 at 10:00 a.m. for the Motion to Suppress. The new bench trial

-1-

date will be set for March 26, 2019 at 1:30 p.m.

Dated: January 25, 2019	Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Linda C. Allison*
LINDA C. ALLISON
Assistant Federal Defender
Attorney for Defendant
AYESHA COLLINS

Dated: January 25, 2019	MCGREGOR W. SCOTT
United States Attorney

*/s/ Philip A. Scarborough*
PHILIP A. SCARBOROUGH
Assistant U.S. Attorney

*Approved via email 1/23/2019*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 2:18-PO-00296-DB |
| Plaintiff, | ) ) | **ORDER TO SET MOTION TO SUPPRESS HEARING AND SET NEW BENCH TRIAL DATE** |
| v. | ) ) | |
| AYESHA COLLINS, | ) ) | |
| Defendant. | ) ) ) | |

Finding good cause, the Court orders a new bench trial for March 26, 2019 at 1:30 p.m., before the Hon. Deborah Barnes. The Court further orders that the Defense file a Motion to Suppress on February 12, 2019, a response to be filed on February 26, 2019, and any reply to be filed by March 5, 2019. A hearing for the motion to suppress to be set for March 12, 2019 at 10:00 a.m. before the Hon. Deborah Barnes.

Dated: January 28, 2019

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE