HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. ALLISON, State Bar #179741
Assistant Federal Defender
Designated Counsel for Service
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA 95814
(916) 498-5700
linda.allison@fd.org

Attorney for Defendant
AYESHA H. COLLINS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 2:18-PO-296-DB |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND ORDER TO VACATE TRIAL DATE |
| v. | ) ) | |
| AYESHA H. COLLINS, | ) ) | DATE: June 3, 2019<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Deborah Barnes |
| Defendant. | ) ) ) | |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Assistant United States Attorney PHILIP A. SCARBOROUGH, attorney for the United States, and Assistant Federal Defender LINDA C. ALLISON, attorney for Defendant AYESHA COLLINS, that the Court vacate the supplemental briefing schedule on Defendant's motion to suppress, which required Defendant to file a supplemental brief by March 19, 2019, and the United States to file a supplemental brief by March 26, 2019, as well as the current trial date set for June 3, 2019 at 9:00 am.

-1-

1. The parties have reached an agreement to resolve the case, which will be memorialized in a plea agreement in the coming days. The parties therefore stipulate and respectfully request that the Court vacate the supplemental briefing schedule as well as the current trial date set for June 3, 2019, at 9:00 a.m. The parties anticipate that they will be able to formalize the plea agreement in time for Defendant to enter a change of plea on the date previously set for further hearing on the Defendant's motion to suppress, March 29, 2019 at 1:30 pm. The parties therefore stipulate and respectfully request that the Court convert the motion hearing scheduled for March 29, 2019, at 1:30 p.m., to a change of plea hearing.

Time has already been excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).

Respectfully submitted,

Dated: March 19, 2019  HEATHER E. WILLIAMS
Federal Defender

/s/ *Linda Allison*
LINDA C. ALLISON
Attorney for Defendant
DANIEL BOYNTON

Dated: March 19, 2019  MCGREGOR W. SCOTT
United States Attorney

/s/ *Philip A. Scarborough*
PHILIP A. SCARBOROUGH
Assistant U.S. Attorney

|   |   |   |
|---|---|---|
| IN THE UNITED STATES DISTRICT COURT | | |
| FOR THE EASTERN DISTRICT OF CALIFORNIA | | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 2:18-PO-296-DB |
| | ) | |
| Plaintiff, | ) | ORDER TO VACATE TRIAL DATE |
| | ) | |
| v. | ) | |
| | ) | |
| AYESHA H. COLLINS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Good cause appearing, the Court hereby vacates the supplemental briefing schedule on Defendant's motion to suppress, as well as the trial date set for June 3, 2019, at 9:00 a.m. The Court orders the parties to appear at a change of plea hearing for March 29, 2019 at 1:30 pm before the undersigned.

**Dated: March 19, 2019**

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE