HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. ALLISON, #179741
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
Linda.allison@fd.org

Attorney for Defendant
Ayesha H. Collins

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:18-PO-00296-DB |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER TO SET A NEW CHANGE OF PLEA HEARING** |
| vs. | ) |
| AYESHA COLLINS, | ) Date: March 29, 2019 |
| | ) Time: 10:00 a.m. |
| Defendant. | ) Judge: Hon. Deborah Barnes |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Assistant United States Attorney PHIL SCARBOROUGH, Assistant Federal Defender LINDA C. ALLISON attorney for AYESHA H. COLLINS, that the Court set a new change of plea hearing for May 21, 2019 at 10:00 a.m.

Ms. Collins was set for a change of plea on March 29, 2019, but is unable to appear due to personal circumstances. The parties agree to schedule a new change of plea hearing for May 21, 2019 at 10:00 a.m.

Dated: March 28, 2019                    Respectfully submitted,

                                                               HEATHER E. WILLIAMS
                                                               Federal Defender

| | |
|---|---|
| | /s/ Linda C. Allison<br>LINDA C. ALLISON<br>Assistant Federal Defender<br>Attorney for Defendant<br>AYESHA H. COLLINS |
| Dated: March 28, 2019 | MCGREGOR W. SCOTT<br>United States Attorney |
| | /s/ Linda C. Allison for<br>PHIL SCARBOROUGH<br>Assistant U.S. Attorney |
| | *Approved via email 3/28/2019* |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 2:18-PO-00296-DB |
| Plaintiff, | ) ) | ORDER TO SET NEW CHANGE OF PLEA HEARING |
| v. | ) ) | |
| AYESHA H. COLLINS, | ) ) | |
| Defendant. | ) ) ) | |

Finding good cause, the Court orders a new change of plea hearing for May 21, 2019 at 10:00 a.m., before the Hon. Deborah Barnes.

Dated: March 28, 2019

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE