UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

v.

**Ayesha H. Collins**

Case Number: 2:18-po-00296-DB

## JUDGMENT IN CRIMINAL CASE

Defendant pleaded guilty, is adjudged guilty and convicted of the following offense(s):

| Charge(s) Defendant Convicted of: | Nature of Charge(s) |
|---|---|
| 18 U.S.C. § 13; C.V.C. § 14601.1(a) | Driving on Suspended License |

**ACCORDINGLY, YOU ARE HEREBY SENTENCED TO THE FOLLOWING:**

☒ **COURT PROBATION** for a term of 12 months. Your conditions of probation are as follows:

1. Your probation is unsupervised.
2. You shall not commit another federal, state, or local crime.
3. You shall notify the court and, if represented by counsel, your counsel of any change of address and contact number; and the following additional checked conditions:

☒ You shall pay a fine in the amount of $300, payable in 11 monthly installments commencing on 5/28/2019, and a special assessment of $10, payable forthwith, for a total financial obligation of $310 While on probation and subject to any financial obligation of probation, you shall notify the court of any material change in your economic circumstances that might affect your ability to pay the fine.

☒ You shall notify the U.S. Attorney's Office within 72-hours of being arrested.

☒ You shall notify the U.S. Attorney's Office 10-days prior to any change in residence.

☒ You shall not unlawfully use or possess any controlled substance

☒ You shall not operate a motor vehicle unless in compliance with al federal, state, and local laws and unless she possess a valid driver's license and is in compliance with each and every restriction on such license.

☐ **PAY** a fine in the amount of $, a special assessment of $0 and a $0 processing fee for a total financial obligation of $0 due immediately or no later than .

☐ **OTHER**:

**IT IS FURTHER ORDERED** that financial payments shall be made by **CHECK** or **MONEY ORDER** and will be subject to **late/delinquent charges imposed by the Court** if not paid timely. If your conviction also involves a moving violation, an abstract could be placed on your driving record for failure to pay. The check or money order must be made payable to: "**CLERK- U.S.D.C.**" and SENT to the following address:

> **CLERK, UNITED STATES DISTRICT COURT**
> Eastern District of California- Sacramento
> 501 I Street, Suite 4-200
> Sacramento, CA 95814

**Your check or money order must indicate your name and case number shown above to ensure your account is credited for payment received and that no late fees or warrants/abstracts are attached to your case for failure to pay.**

DATED: 5/21/2019

/s/ *Deborah Barnes*
**Deborah Barnes**
United States Magistrate Judge

CRD Initials: pb